# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLIONIS, EASTERN DIVISION

| | |
|---|---|
| In Re: | ) |
| | ) |
| NIGEL H. LAMBERT, | ) NO. 14 B 83140 |
| | ) |
| | ) CHAPTER 13 |
| Debtor. | ) |
| | ) |
| | ) Honorable Judge Thomas M. Lynch |

## NOTICE OF HEARING

TO: Lydia Meyer, Chapter 13 Trustee (electronically via ECF)
Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101 (via US Mail)
Internal Revenue Service, Mail Stop CH1 230 S. Dearborn, Chicago, IL 60604 (via U.S. Mail)
Attorney General of the United States Tax Division (DOJ), PO Box 55 Ben Franklin Station, Washington, DC 20530 (via U.S. Mail)
Civil Process Clerk, Office of the United States Attorney for the Northern District of Illinois, 219 S. Dearborn, 5th Floor, Chicago, IL 60604 (via U.S. Mail)
Internal Revenue Service, Attn: Annette Brown, 1240 E. 9th Street, Room 493, Cleveland, Ohio 44199 (via US Mail).

PLEASE TAKE NOTICE that on February 19, 2016 at 9:00 a.m., the undersigned will appear before the Honorable Judge Thomas M. Lynch at the US Courthouse, located at 327 South Church Street, Room 3100, Rockford, Illinois and will then and there present the attached **DEBTORS OBJECTION TO CLAIM 1-3 OF THE INTERNAL REVENUE SERVICE**, at which time you may appear if you so choose.

## Certificate of Service

I, Paul M. Bach, hereby certify that I caused a copy of this notice to be served, electronically via ECF to Lydia Meyer (Chapter 13 Trustee), and via U.S. Mail to all parties listed at the locations listed above, and attached the Objection upon the above parties on January 6, 2016 before the hour of 5:00 p.m. from the office located at 900 Jorie Blvd., Ste 150, Oak Brook, IL 60523.

BY: /S/ PAUL M. BACH
SULAIMAN LAW GROUP, LTD.
COUNSEL FOR DEBTOR(S)
900 JORIE BOULEVARD, SUITE 150
OAK BROOK, IL 60523
PHONE: (630) 575-8181
FAX: (630) 575-8188
ATTORNEY NO: 6209530

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| In Re: | ) |
| | ) |
| NIGEL H. LAMBERT, | ) NO. 14 B 83140 |
| | ) |
| | ) CHAPTER 13 |
| Debtors. | ) |
| | ) |
| | ) HON. THOMAS M. LYNCH |

### DEBTOR'S OBJECTION TO CLAIM 1-3 OF THE INTERNAL REVENUE SERVICE

**NOW COMES**, Nigel H. Lambert ("Debtor"), by and through his attorneys, Sulaiman Law Group, Ltd, and pursuant to Federal Bankruptcy Procedure Rule 3007, Objecting to Claim 1-3 filed by the Internal Revenue Service ("IRS"), and in support thereof stating as follows:

## INTRODUCTION

1. The Debtor filed for relief under Chapter 13 of the U.S. Bankruptcy Code on October 17, 2014.

2. The 341 Meeting of Creditors was held and concluded on December 9, 2014.

3. Confirmation is currently set for January 8, 2016 before this Honorable Court.

4. The Debtor filed an Amended Chapter 13 Plan ("Debtors Plan") on December 9, 2014.

5. The Debtors Plan proposes to pay the Chapter 13 Trustee $291.00/month for six months.

6. Per the terms of the purposed plan, the Debtor will pay the general unsecured creditors in full.

7. On October 10, 2014, the IRS filed their original proof of claim in the amount of $63,128.55.

8. On December 12, 2014, the IRS amended their proof of claim to $59,110.62. *See* attached Exhibit A is a true and accurate copy of proof of claim ("Claim 1-2") filed by the IRS.

9. Under Claim 1-2, the IRS alleged that the Debtor owed $58,128.55 in taxes and interest for the 12/31/2013 tax period.

10. On February 4, 2015 the Debtor filed an Objection to Claim 1-2. The IRS responded by filing Proof of Claim 1-3. A copy of Proof of Claim 1-3 by the IRS is attached as Exhibit A.

11. On March 12, 2015, the Debtor filed an Amended 1040x for the year 2013.

12. Claim 1-3 does not reflect the Amended 1040x for 12/31/2013 tax period. *Id.*

13. For the reasons stated below, Claim 1-3 of the IRS should be modified.

## STANDARD

14. "A proof of claim is a written statement setting forth a creditor's claim. A proof of claim shall conform substantially to the appropriate Official Form." Rule 3001(a).

15. A proof of claim executed and filed in accordance with Rule 3001 shall constitute prima facie evidence of the validity and amount of the claim. Rule 3001(f).

16. "Claim objectors carry the initial burden to produce some evidence to overcome the rebuttable presumption of validity." *In re Dugar,* 392 B.R. 745, 749 (Bankr.N.D.Ill 2008).

17. "Once the objector has produced some basis for calling into question allowability of a claim, the burden then shifts back to the claimant to produce evidence to meet the objection and establish that the claim in fact is allowable." *In re Vanhook,* 426 B.R. 296, 299 (Bank.N.D. Ill. 2010).

18. "However, the ultimate burden of persuasion always remains with the claimant to prove entitlement to the claim." *In re Watson,* 402 B.R. 294, 297 (Bankr.N.D.Ind. 2009).

## ARGUMENT

19. Out of the amounts allegedly owed to the IRS by the Debtor under Claim 1-3, almost all is as a result of tax year 2013 *See* Exhibit A.

20. Per the attached return, 2013 1040x has been filed with the IRS. *See* attached Exhibit B is a true and accurate copy of the 2013 1040x Federal Tax Return filed by the Debtor with the IRS.

21. Additionally, the Debtor contends that pursuant to the 2013 1040x $6,037 is owed for 2013.

22. The IRS's proof of claim is deficient on it's face as the Debtor filed his 2013 1040x.

23. Proof of Claim 1-3 should be modified from $133,895.22 to $6,037.00 all of which is priority.

**WHEREFORE**, the Debtor prays this Honorable Court for the following relief:

A. Sustaining Debtor's Objection to Claim 1-3 of the Internal Revenue Service;

B. Reducing Claim 1-3 of the Internal Revenue Service from $133,895.22 to $6,037.00; and

C. For any and all other relief this Court deems fair and proper.

Dated: January 6, 2016

Respectfully Submitted,

/s/ Paul M. Bach
Paul M. Bach #6209530
Attorney for Debtor
Sulaiman Law Group, Ltd.
900 Jorie Blvd, Ste 150
Oak Brook, IL 60523
Phone: (630) 575-8181
Fax: (630) 575-8188